IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01753-MSK

CAMERON SCOTT TRUDEAU,

     Plaintiff,

v.

JO ANNE B. BARNHART,
*Commissioner of Social Security*,

     Defendants.

## ORDER RESETTING ORAL ARGUMENT

**IT IS ORDERED** that the one hour oral argument hearing scheduled for June 20, 2006 **is hereby rescheduled for September 28, 2006 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

Dated this 5th day of May 2006.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge